JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBIDOUX COMMUNITY SERVICES DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>THE DOW CHEMICAL COMPANY, ET AL.,<br><br>Defendants. | Case No. 5:21-cv-00173-MWF-SPx<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Court has reviewed the parties' Stipulation (Docket No. 44) requesting dismissal with prejudice of this matter. For good cause shown, the Court ORDERS the Stipulation of Dismissal with Prejudice is GRANTED.

IT IS SO ORDERED.

Dated: October 27, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge